XAVIER BECERRA, State Bar No. 118517
Attorney General of California
NIROMI W. PFEIFFER, State Bar No. 154216
Supervising Deputy Attorney General
KATHLEEN A. LYNCH, State Bar No. 171901
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 327-5686
 Fax: (916) 324-5567
 E-mail: Kathleen.Lynch@doj.ca.gov
*Attorneys for Defendants Edmund G. Brown, Jr. in his official capacity as Governor of the State of California, and Shelley Rouillard, in her official capacity as the Director of the California Department of Managed Health Care*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ASSOCIATION OF AMERICAN PHYSICIANS & SURGEONS, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**EDMUND G. BROWN, JR., in his official capacity as Governor of the State of California, and Shelley Rouillard, in her official capacity as the Director of the California Department of Managed Health Care,**<br><br>Defendants. | 2:16-cv-02441 MCE-EFB<br><br>**JOINT STIPULATION TO CHANGE THE HEARING DATE OF DEFENDANTS MOTION FOR JUDGMENT ON THE PLEADINGS FROM SEPTEMBER 21, 2017 TO OCTOBER 19, 2017 AND ORDER**<br><br>Date: September 21, 2017<br>Time: 2:00 p.m.<br>Dept: 7<br>Judge: The Hon. Morrison C. England, Jr.<br><br>Trial Date: TBD<br>Action Filed: October 13, 2016 |

**JOINT STIPULATION TO CONTINUE THE HEARING DATE OF DEFENDANTS MOTION FOR JUDGMENT ON THE PLEADINGS FROM SEPTEMBER 21, 2017 TO OCTOBER 19, 2017.**

Association of American Physicians & Surgeons, Inc. and Defendants Edmund G. Brown, Jr. in his official capacity as Governor of the State of California, and Shelley Rouillard, in her official capacity as the Director of the California Department of Managed Health Care, by and

1

1 | through their respective counsel, hereby stipulate to continue the hearing date of September 21,
2 | 2017 to October 19, 2017.

WHEREAS, Defendants filed a Motion for Judgment on the Pleadings on August 10, 2017, set for hearing for September 7, 2017, and based on the Court's own Motion, the hearing was continued to September 21, 2017.

WHEREAS, Plaintiff's Opposition to Defendant's Motion was filed on August 24, 2017 and Defendant's Reply will be due on September 14, 2017.

WHEREAS, Deputy Attorney General Kathleen Lynch, counsel for State Defendants had a medical emergency on August 29, 2017 and therefore State Defendants require additional time in which to respond to Plaintiff's Opposition to Defendant's Motion for Judgment on the Pleadings.

WHEREAS, in the interest of justice and in an effort to enhance judicial efficiency and preserve resources, Plaintiff agrees to grant State Defendants additional time in which to file a Reply to the Motion for Judgment on the Pleadings and the parties agree to move the September 21, 2017 hearing to October 19, 2017.

WHEREAS, the extension sought will not alter any other date of any event or deadline already fixed by Court Order.

NOW THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that the date in which State Defendants shall respond to Plaintiff's opposition to Defendants Motion for Judgment on the Pleadings in this action shall be continued from September 14, 2017 to October 12, 2017 and the hearing shall be continued to October 19, 2017.

///

///

| RESPECTFULLY SUBMITTED, | RESPECTFULLY SUBMITTED, |
|---|---|
| LAW OFFICE OF<br>ANDREW L. SCHLAFLY, PHV | XAVIER BECERRA<br>ATTORNEY GENERAL OF CALIFORNIA<br>NIROMI PFEIFFER<br>SUPERVISING DEPUTY ATTORNEY GENERAL |
| /S/ ANDREW L. SCHLAFLY | /S/ NIROMI PFEIFFER |
| ANDREW L. SCHLAFLY<br>(ADMITTED PRO HAC VICE)<br>939 OLD CHESTER ROAD<br>FAR HILLS, NJ 07931<br>ATTORNEY FOR PLAINTIFF ASSOCIATION OF AMERICAN PHYSICIANS & SURGEONS, INC. | NIROMI PFEIFFER<br>SUPERVISING DEPUTY ATTORNEY GENERAL<br>ATTORNEYS FOR DEFENDANTS EDMUND G. BROWN, JR. IN HIS OFFICIAL CAPACITY AS GOVERNOR OF THE STATE OF CALIFORNIA, AND SHELLEY ROUILLARD, IN HER OFFICIAL CAPACITY AS THE DIRECTOR OF THE CALIFORNIA DEPARTMENT OF MANAGED HEALTH CARE |

ORDER

Good cause appearing, the Court hereby approves this Stipulation in its entirety.

IT IS SO ORDERED.

Dated: September 11, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

3

Joint Motion for Change of Hearing Date from Sept. 21, 2017 to October 19, 2017. (2:16-cv-02441 MCE-EFB)