1  XAVIER BECERRA, State Bar No. 118517
   Attorney General of California
2  NIROMI W. PFEIFFER, State Bar No. 154216
   Supervising Deputy Attorney General
3  DARRELL W. SPENCE, State Bar No. 248011
   Deputy Attorney General
4    1300 I Street, Suite 125
     P.O. Box 944255
5    Sacramento, CA 94244-2550
     Telephone:  (916) 210-6089
6    Fax:  (916) 324-5567
     E-mail:  Darrell.Spence@doj.ca.gov
7  *Attorneys for Defendant Department of Managed
   Health Care*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ASSOCIATION OF AMERICAN PHYSICIANS & SURGEONS, INC., and EILEEN NATUZZI, M.D.,**<br><br>Plaintiffs,<br><br>**v.**<br><br>**SHELLEY ROUILLARD, in her official capacity as the Director of the California Department of Managed Health Care,**<br><br>Defendant. | 2:16-cv-02441 MCE-EFB<br><br>**NOTICE OF MOTION TO DISMISS**<br><br>Date:         September 6, 2018<br>Time:        2:00 p.m.<br>Courtroom: 7<br>Judge:       Hon. Morrison C. England, Jr.<br>Trial Date:  None Set<br>Action Filed: October 13, 2016 |

**TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on September 6, 2018, at 2 p.m., or as soon thereafter as counsel may be heard, in Courtroom 7 of the above entitled Court, located at 501 I Street, Sacramento, California, Defendant Shelley Rouillard, in her official capacity as the Director of the California Department of Managed Health Care, will move the Court for an order dismissing this case.

This motion is based on Rule 12(b)(6) of the Federal Rules of Civil Procedure and on the grounds that the complaint fails to state a cause of action upon which relief can be granted.

1

1  This motion is further based upon this notice of motion; the memorandum of points and
2  authorities and the request for judicial notice filed concurrently with this motion; any oral
3  argument at the time of the hearing; and the pleadings in this matter.

4  Dated: June 21, 2018                              Respectfully Submitted,

XAVIER BECERRA
Attorney General of California
NIROMI W. PFEIFFER
Supervising Deputy Attorney General


*/s/ Darrell W. Spence*
DARRELL W. SPENCE
Deputy Attorney General
*Attorneys for Defendant*
*Department of Managed Health Care*

SA2016104310
13119351.docx