1  XAVIER BECERRA, State Bar No. 118517
   Attorney General of California
2  NIROMI W. PFEIFFER, State Bar No. 154216
   Supervising Deputy Attorney General
3  DARRELL W. SPENCE, State Bar No. 248011
   Deputy Attorney General
4    1300 I Street, Suite 125
     P.O. Box 944255
5    Sacramento, CA 94244-2550
     Telephone: (916) 210-6089
6    Fax: (916) 324-5567
     E-mail: Darrell.Spence@doj.ca.gov
7  *Attorneys for Defendant Department of Managed Health Care*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ASSOCIATION OF AMERICAN PHYSICIANS & SURGEONS, INC., and EILEEN NATUZZI, M.D.,**<br><br>Plaintiff,<br><br>**v.**<br><br>**SHELLY ROUILLARD, in her official capacity as the Director of the California Department of Managed Health Care,**<br><br>Defendants. | 2:16-cv-02441 MCE-EFB<br><br>**[PROPOSED] ORDER GRANTING MOTION TO DISMISS**<br><br>Date:        September 6, 2018<br>Time:        2:00 p.m.<br>Courtroom:   7<br>Judge:       Hon. Morrison C. England, Jr.<br>Trial Date:  None Set<br>Action Filed: October 13, 2016 |

On September 6, 2018, the Court heard Defendant's motion to dismiss. The Court has considered the motion, Plaintiffs' opposition thereto, and all of the papers, evidence and arguments submitted in support of and in opposition to the motion.

///

///

///

///

1

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

(1)   Plaintiffs' request for declaratory judgment and an injunction is denied;

(2)   all claims against Defendant are dismissed with prejudice;

(3)   the amended complaint is dismissed with prejudice; and

(4)   judgment is entered in favor of defendant.

Dated:_____                    _____
The Honorable Morrison C. England, Jr.
United States District Court Judge