UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASSOCIATION OF AMERICAN PHYSICIANS & SURGEONS, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SHELLEY ROUILLARD, in her official capacity as the Director of the California Department of Managed Health Care,<br><br>Defendant. | No. 2:16-cv-02441-MCE-EFB<br><br>**ORDER** |

On June 14, 2019, this Court issued and order granting Defendant's Motion to Dismiss with final leave to amend. The Court advised Plaintiffs that "[i]f no amended complaint is timely filed, the causes of action dismissed by virtue of this Memorandum and Order [would] be deemed dismissed with prejudice [upon] no further notice to the parties."

///
///
///
///

1

Presently before the Court is Plaintiffs' Application for Modification of that Order (ECF No. 50) asking that any dismissal instead be without prejudice given the Court's disposition of this action, in large part, on standing grounds.  Plaintiffs' request is well taken.  Accordingly, this action is hereby DISMISSED without prejudice in its entirety and the Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  August 20, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE